■ SARAH D. TRISVAN, Individually and as Administrator of the Estate of WILLIAM L. TRISVAN, Deceased, Appellant, v COUNTY OF MONROE et al., Respondents. [815 NYS2d 886]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered May 17, 2005. The order granted defendants' motion for leave to amend the answer.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Kehoe, Gorski, Green and Pine, JJ.